THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERON INNISS, Appellant. [930 NYS2d 469]—

The defendant's contentions raised in point one of his brief are partially unpreserved for appellate review (*see* CPL 470.05

[2]). In any event, those contentions do not warrant reversal (*see People v Lewis*, 48 AD3d 483, 484 [2008]; *People v Wright*, 40 AD3d 1021 [2007]; *see also People v Singh*, 299 AD2d 498, 499 [2002]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Dickerson, Leventhal and Lott, JJ., concur.